HULDAH DAVIDSON, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and a new trial granted, costs to appellant to abide the event, on the ground of error in ruling at folios 402–404. Lazansky, P. J., Young and Tompkins, JJ., concur; Kapper and Scudder, JJ., dissent.

CONSTANTINOS DEMETROOKAS and Others, Appellants, v. EDWARD P. MULROONEY, Police Commissioner of the City of New York, and Others, Respondents.— Order denying plaintiffs' motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

FARBRO CORPORATION, Respondent, v. A. F. A. REALTY CORPORATION, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Young, Kapper, Hagarty and Carswell, JJ., concur: Lazansky, P. J., dissents on the ground that section 586 of the Civil Practice Act does not apply to an action brought by a vendor who has obtained a judgment of specific performance nor to a case where it is brought to impress a vendee's lien upon real estate that he contracted to buy.

LAURA F. FONDA, Appellant, v. JOSEPH M. BALTZ, Respondent.— Order denying motion to set aside the verdict, cancel the judgment and grant a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

NATHAN C. FONDA, Appellant, v. JOSEPH M. BALTZ, Respondent.— Order denying motion to set aside the verdict, cancel the judgment and grant a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ELSIE J. HASSALL, Respondent, v. CHRISTOPHER J. MOORE and Others, Appellants.— The decision of this court handed down on January 15, 1932, █ is hereby amended to read as follows: Judgment modified so as to provide that upon the accounting directed by the judgment defendant Christopher J. Moore be given credit therein for the services rendered by him in connection with the construction of the Fernhurst place houses, as well as for his services in connection with the management of the Jamaica avenue property; that defendants Christopher J. Moore and Florence S. Moore be given credit for the $7,000 admittedly received by plaintiff in connection with the transaction complained of, and that they be credited also with the $2,050 mortgage which plaintiff received from the Hensel transaction; that defendant Florence S. Moore be given credit for the value of the two lots upon which the Fernhurst place houses were constructed: and that items (c), (d) and (e) be stricken from the judgment and from conclusion of law number 11 as subjects of the accounting, since they are not involved in this litigation. As so modified the judgment is unanimously affirmed, without costs. New findings will be made in order to carry out the foregoing directions. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ. Settle order on notice.